UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a New
Jersey Non-Profit Corporation, and RONALD
MOORE, Individually,

      Plaintiffs,

vs.                                      Case No. 2:16-cv-09396

COLONIAL VILLAGE ASSOCIATES, L.L.C., a
New Jersey Limited Liability Company,

      Defendant.
_____/

## **NOTICE OF SETTLEMENT**

      COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

      1.      The Plaintiffs requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

2    <u>The Independence Project, Inc., et al.</u>
<u>v. Colonial Village Associates</u>
Case No.: 2:16-cv-09396

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **13th** day of **December, 2017**, a true and correct copy of the foregoing was sent via e-mail to counsel for the Defendant, Matthew P. Dolan, Esq., MDolan@meyner.com, Meyner and Landis, LLP, One Gateway Center, Suite 2500, Newark, NJ 07102.

       /s/ Alan R. Ackerman
      Alan R. Ackerman, Esq. (AA9730)
      Law Offices of Alan R. Ackerman
      1719 Route 10 East, Suite 106
      Parsippany, NJ   07054-4519
      Telephone: (973) 898-1177 x 122
      Facsimile: (973) 898-1230
      araesq@alanackermanlaw.com
      and
      John P. Fuller, Esq., *pro hac vice*
      Fuller, Fuller & Associates, P.A.
      12000 Biscayne Boulevard, Suite 502
      North Miami, FL 33181
      Telephone: (305) 891-5199
      Facsimile:   (305) 893-9505
      jpf@fullerfuller.com
      *Attorneys for Plaintiff*